UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DEBORAH K. CRONIN,             )<br>         Plaintiff,                      )<br>                                              )<br>    vs.                                      )<br>                                              )<br>SOUTH INDIANA ANNUAL CONFERENCE, )<br>UNITED METHODIST CHURCH,      )<br>         Defendant.                    ) | 1:05-cv-1804-LJM-WTL |

## ENTRY OF JUDGMENT

Through an order dated August 3, 2007, this Court granted a motion to dismiss for lack of subject matter jurisdiction in favor of defendant, South Indiana Annual Conference, United Methodist Church, and against plaintiff, Deborah K. Cronin, on plaintiff's claims alleging a violation of the American with Disabilities Act of 1990 and alleging retaliation in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et. seq.* Plaintiff shall take nothing by way of her complaint. Judgment is entered accordingly. Each party to bear its own costs.

DATED this 3rd day of August, 2007.

_____           _____
LAURA A. BRIGGS, CLERK                            LARRY J. McKINNEY, CHIEF JUDGE
United States District Court                             United States District Court
Southern District of Indiana                             Southern District of Indiana

By: _____
        Deputy Clerk


Distribution attached.

Electronically distributed to:

Michael K. Bonnell
mkbonnell@hotmail.com

Heather L. MacDougall
BAKER & DANIELS
heather.macdougall@bakerd.com

John T. Neighbours
BAKER & DANIELS
jtneighb@bakerd.com

Mark D. Trainer
BAKER & DANIELS
mark.trainer@bakerd.com